IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


HENRY W. LEATH, III,

    Petitioner,

v.                                      CASE NO. 1:06-cv-00214-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/


**REPORT AND RECOMMENDATION**

    This matter is before the Court on Doc. 13, Amended Petition for Writ of Habeas Corpus, filed by Henry W. Leath, III. In his habeas corpus petition, Petitioner charges that he was denied effective assistance of counsel in state court. Petitioner candidly acknowledges on the face of his petition that these identical issues are presently pending before the state court on a Rule 3.850 motion, which was filed on December 19, 2006. *Id*.

    Section 2254 relief will not be granted unless Petitioner "has exhausted the remedies available in the courts of the State" or "there is an absence of available State corrective process" or "circumstances exist that render such process ineffective to protect the rights of the applicant." 28 U.S.C. § 2254(b)(1)(A) and (B). A claim is not exhausted if Petitioner "has the right under the law of the State to raise, by any available procedure, the question presented." 28 U.S.C. § 2254(c); *see also O'Sullivan v. Boerckel*, 526 U.S. 838, 845, 119 S.Ct. 1728, 1732, 144

L.Ed.2d 1 (1999) (state prisoner must "invok[e] one complete round of the State's established appellate review process").

It is clear that Petitioner has invoked available state court remedies but that he has not exhausted them, as there has been no ruling by the state court on the post-conviction motion now pending.

In light of the foregoing, it is respectfully **RECOMMENDED** that Petitioner's amended petition for writ of habeas corpus, Doc. 13, be **DISMISSED** for failure to exhaust available state court remedies.

**IN CHAMBERS** at Gainesville, Florida, this *28th* day of February, 2007

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**